| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Alexander Chen, Esq. |
| William Walz, Esq. |
| Theodore Lee, Esq. |
| INHOUSE CO. LAW FIRM |
| 7700 Irvine Center Dr., Suite 800 |
| Irvine, California 92618 |
| Telephone: (714) 932-6659 |

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EAGLE EYES TRAFFIC INDISTRY USA HOLDING, a Nevada limited liability corporation, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| E-GO BIKE LLC, a California limited liability company, aka ECOTRIC and ECOTRIC.COM, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiff, EAGLE EYES TRAFFIC INDISTRY USA HOLDING___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EAGLE EYES TRAFFIC INDISTRY USA HOLDING | Plaintiff |
| E-GO BIKE LLC aka ECOTRIC and ECOTRIC.COM | Defendant |

| September 14, 2021 | /s/ Alexander Chen |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, EAGLE EYES TRAFFIC INDISTRY USA HOLDING

CV-30 (05/13)                                  NOTICE OF INTERESTED PARTIES