Alexander Chen, 245798
(949) 885-6560
Inhouse Co.
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Representing: Plaintiff

File No.

United States District Court, Northern District of California

Northern District of California - District - San Francisco

Eagle Eyes Traffic Industry USA Holding, et al

    Plaintiff/Petitioner

    vs.

E-GO Bike LLC, et al

    Defendant/Respondent

Case No. 3:21-cv-07097

Proof of Service of:

    Complaint, Civil Case Cover Sheet, Summons, Order

Service on:

    E-GO BIKE LLC, a California Limited Liability Company, aka Ecotric and Ecotric

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

OL#16957359

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive, Suite 800<br>Irvine, CA 92618 | (949) 885-6560 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Eagle Eyes Traffic Industry USA Holding, et al

DEFENDANT:
E-GO Bike LLC, et al

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:21-cv-07097 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
   Complaint, Civil Case Cover Sheet, Summons, Order

2. Party Served: E-GO BIKE LLC, a California Limited Liability Company, aka Ecotric and Ecotric

3. Person Served: XIAOBING YE - Person Authorized to Accept Service of Process

   a. Left with: Yam Chen - Person In Charge of Office

4. Date & Time of Delivery: 09/27/2021    1:19PM

5. Address, City and State: 2376 Davis Avenue
   Hayward, CA 94545

6. Manner of Service: By leaving the copies with or in the presence of Yam Chen , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 104.00

Registered California process server.
County: Alameda
Registration No.: 924
Timothy E. Ault
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 09/28/2021 at Petaluma, California.

Signature: _____
Timothy E. Ault
OL#: 16957359

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive<br>Irvine, CA 92618 | (949) 885-6560 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Eagle Eyes Traffic Industry USA Holding, et al

DEFENDANT:
E-GO Bike LLC, et al

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:21-cv-07097 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 09/28/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Summons, Order

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

E-GO BIKE LLC, a California Limited Liability Company, aka Ecotric and Ecotric

XIAOBING YE

2376 Davis Avenue

Hayward, CA 94545

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 104.00

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 09/28/2021 at Petaluma, California.

Travis Carpenter

OL#:   16957359