Leon E. Jew (SBN 219298)
Alice L. Chao (SBN 336746)
DAHYEE LAW GROUP
5776 Stoneridge Mall Road, Suite 288
Pleasanton, CA 94588
Tel: (925) 463-3288
Fax: (925) 463-3218

Attorneys for Defendant: E-GO BIKE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

EAGLE EYES TRAFFIC INDUSTRY USA HOLDING,

        Plaintiff,

        v.

E-GO BIKE LLC,

        Defendant.

Case No.: 3:21-cv-07097-TSH

**DEFENDANT E-GO BIKE LLC'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**

       Pursuant to Civil Local Rule 3-15, E-GO BIKE LLC states that as of this date, other than that of the named parties to the action, there are no interested parties in the outcome of this case. This representation is made for the sole and limited purpose to enable to the Court to evaluate possible disqualification or recusal.

                         Respectfully submitted,

 Dated: November 24, 2021

                         */s/ Leon E. Jew*
                         Leon E. Jew
                         DAHYEE LAW GROUP
                         Attorneys for E-GO BIKE LLC