UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EAGLE EYES TRAFFIC INDUSTRY USA HOLDING LLC, | Case No.21-cv-07097-JST |
|---|---|
| Plaintiff, | **CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** |
| v. | Re: Dkt. No. 17 |
| E-GO BIKE LLC, | |
| Defendant. | |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for March 8, 2021 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due March 1, 2021 BY 5:00 P.M.

Dated: December 10, 2021

                                                Mark B. Busby
                                                Acting Clerk of Court, United States District Court

                                                By: _____
                                                Mauriona Lee, Deputy Clerk to the
                                                Honorable JON S. TIGAR
                                                510-637-3530

United States District Court
Northern District of California