UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EAGLE EYES TRAFFIC INDUSTRY USA HOLDING LLC, | Case No. 21-cv-07097-TLT |
|---|---|
| Plaintiff, | **PATENT CASE SCEDULING ORDER** |
| v. | |
| E-GO BIKE LLC, | |
| Defendant. | |

The Court hereby sets the following schedule in the above-captioned case:

| EVENT | DEADLINE |
|---|---|
| Further Case Management Conference | October 17, 2022 |
| Initial Disclosures and Infringement Contentions (14 days after CMC; *see* Patent L.R. 3-1, 3-2, and 3-5) | October 31, 2022 |
| Two-page joint status report regarding further facilitated mediation discussions (*See* Dkt. No. 48). | November 15, 2022 |
| Invalidity Contentions (45 days after service of infringement contentions; *see* Patent L.R. 3-3, 3-4, and 3-5) | December 15, 2022 |
| Exchange of Proposed Terms for Construction (14 days after service of invalidity contentions; *see* Patent L.R. 4-1) | December 29, 2022 |
| Last Day to Seek Leave to Add/Amend Parties | December 31, 2022 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (21 days after exchange of proposed term of construction; *see* Patent L.R. 4-2) | January 19, 2023 |

| | |
|---|---|
| Damages Contentions (No later than 50 days after service of invalidity contentions; *see* Patent L.R. 3-8) | February 3, 2023 |
| Joint Claim Construction and Prehearing Statement (60 days after invalidity contentions; *see* Patent L.R. 4-3) | February 13, 2023 |
| Joint Case Management Statement for Interim Conference *(The Statement shall, among other things, update the court on the parties' readiness for the Markman hearing)* | February 16, 2023 |
| Interim Case Management Conference | February 23, 2023, at 2 p.m. |
| Responsive Damages Contentions (30 days after service of damages contentions; *see* Patent L.R. 3-9) | March 6, 2023 |
| Completion of Claim Construction Discovery (30 days after prehearing statement; *see* Patent L.R. 4-4) | March 15, 2023 |
| Opening Claim Construction Brief (45 days after prehearing statement; *see* Patent L.R. 4-5(a)); Pre-recorded Case Tutorial (*see* Judge Thompson's Standing Order for Patent Cases) | March 30, 2023 |
| Responsive Claim Construction Brief (14 days after opening brief; *see* Patent L.R. 4-5(b)) | April 13, 2023 |
| Reply Claim Construction Brief (7 days after reply brief; *see* Patent L.R. 4-5(c)) | April 20, 2023 |
| Claim Construction Hearing (*see* Patent L.R. 4-6 and Judge Thompson's Standing Order for Patent Cases) | May 9, 2023, at 2 p.m. |
| Advice of Counsel (*see* Patent L.R. 3-7) | 30 days after Claim Construction Order |
| Expert Designations | August 21, 2023 |
| Fact Discovery Cutoff | August 21, 2023 |

| Rebuttal Expert Reports | September 11, 2023 |
|---|---|
| Expert Discovery Cutoff | October 2, 2023 |
| Joint Case Management Statement for Interim Conference | October 5, 2023 |
| Interim Case Management Conference | October 12, 2023, at 2 p.m. |
| Last Day to File Dispositive Motions | October 31, 2023 |
| Last Day for Dispositive Motions Hearing | December 5, 2023 |
| Joint Pretrial Statements | December 21, 2023 |
| Pretrial Conference | January 4, 2024, at 2:00 p.m. |
| Trial | February 5, 2024, at 8:30 a.m. |

Counsel may not modify these dates without leave of court. The parties shall read and comply with Judge Thompson's Standing Order for Patent Cases, a copy of which is available from the Clerk of the Court,[1] with regard to a variety of issues unique to patent cases.

**IT IS SO ORDERED.**

Dated: October 17, 2022

_____
TRINA L. THOMPSON
United States District Judge

---

[1] Judge Thompson's standing orders are also available on the court's website at www.cand.uscourts.gov/trina-l-thompson/

3