UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE EYES TRAFFIC INDUSTRY USA HOLDING LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>E-GO BIKE LLC, et al.,<br><br>   Defendants. | Case No. 21-cv-07097-TLT<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

Defendant E-Go Bike LLC failed to appear in person for a claim construction hearing scheduled for July 10, 2023, at 11 AM. This hearing was scheduled on May 24, 2023, when the Court granted the parties' joint administrative motion proposing the briefing schedule and hearing date for claim construction. *See* ECF No. 100 ("Claims Construction Hearing set for 7/10/2023 11:00 AM in San Francisco, Courtroom 09, 19th Floor.").

Plaintiff's counsel was present in-person at the hearing. Defendant's counsel, however, appeared by video without leave of Court and without prior notice to either the Court or Plaintiff's counsel. The Court reiterates that hearings are held in-person. *See* Judge Thompson's Civil Standing Order ¶ 4 ("All hearings and appearances will be held in Courtroom 9 on the 19th floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.").

//
//
//
//
//
//

The Court **ORDERS** Defendant's counsel to submit a declaration under penalty of perjury why he failed to appear at the hearing in-person and why he failed to notify counsel or the Court that he would be unable to attend the hearing. by **July 12, 2023**.   Plaintiff's counsel is invited to file a declaration of the fees and costs, including but not limited to, flight costs incurred for his appearance on July 10, 2023, and July 13, 2023.  Show cause hearing is scheduled for **July 13, 2023, at 11 AM**.

**IT IS SO ORDERED.**

Dated: July 10, 2023

_____
TRINA L. THOMPSON
United States District Judge

2