UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE EYES TRAFFIC INDUSTRY USA HOLDING LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E-GO BIKE LLC,<br><br>　　　　Defendant. | Case No.  21-cv-07097-TLT   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 122 |

　　　　On October 3, 2023, Plaintiff filed a motion to compel further responses to its second set of requests for production.  ECF No. 122.  This looked like a motion related to fact discovery.  Civil Local Rule 37-3 says: "Where the Court has set separate deadlines for fact and expert discovery, no motions related to fact discovery may be filed more than 7 days after the fact discovery cut-off . . ."  A review of the docket suggested that fact discovery had closed on August 21, 2023.  ECF No. 57.  This seemed to suggest that the motion to compel was untimely.  Accordingly, the Court ordered Plaintiff to file a supplemental brief by October 10, 2023 addressing whether this motion to compel is timely.  ECF No. 123.

　　　　Plaintiff has now filed that supplemental brief.  ECF No. 126.  Plaintiff acknowledges that the deadline to move to compel under Local Rule 37-3 was August 28, 2023.  However, Plaintiff argues that this deadline was not included in the Rule 16 scheduling order, so it had no reason to look in locations outside of the scheduling order for a deadline to file a motion to compel.  But that argument is unpersuasive.  Federal Rule of Civil Procedure 83 authorizes district courts to adopt local rules, and Local Rule 11-4 provides that "[e]very member of the bar of this Court and any attorney permitted to practice in this Court under Civil L.R. 11 must . . . (2) Comply with the

1  Local Rules of this Court . . ."  Compliance with the local rules requires knowing about them.

2  Plaintiff also argues that the deadline in Local Rule 37-3 is not mandatory.  However, as
3  noted, Local Rule 37-3 says:  "Where the Court has set separate deadlines for fact and expert
4  discovery, *no* motions related to fact discovery *may* be filed more than 7 days after the fact
5  discovery cut-off . . ."  (emphasis added).  Standing alone, the word "may" is normally permissive,
6  just as "shall" or "must" is normally mandatory.  But the "no . . . may" formulation is prohibitory.
7  Untimely motions related to fact discovery are not permitted under Local Rule 37-3.

8  Accordingly, Plaintiff's motion to compel is **DENIED**.

9  **IT IS SO ORDERED.**

11  Dated: October 10, 2023

THOMAS S. HIXSON
United States Magistrate Judge