UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE EYES TRAFFIC INDUSTRY USA HOLDING LLC,<br><br>Plaintiff,<br><br>v.<br><br>E-GO BIKE LLC,<br><br>Defendant. | Case No. 21-cv-07097-TLT<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 138 |

On October 31, 2023, Plaintiff filed a Motion for Partial Summary Judgment. Pursuant to Civil Local Rule 7-3(a), Defendant's opposition was due 14 days after the motion was filed, which was November 14, 2023.

To date, Defendant has not filed an opposition or statement of non-opposition. Accordingly, Defendant is ordered (1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed, on or before November 27, 2023.

Should an opposition be filed, Plaintiff may file a reply on or before December 4, 2023.

IT IS SO ORDERED.

Dated: November 21, 2023

TRINA L. THOMPSON
United States District Judge